IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:03-CR-5026 OWW |
| ) | |
| Plaintiff, ) | ORDER ON GOVERNMENT'S |
| ) | MOTION TO DISMISS |
| ) | (Fed. R. Crim. P. 48 (a)) |
| v. ) | |
| ) | |
| ARTURO GALLEGOS-ARIAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

O R D E R

IT IS HEREBY ORDERED that the indictment and superseding indictments in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   March 1, 2006**             **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE

1